FILED

2014 Aug-04  PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **VERNON LEE TRAMMELL,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  1:14-cv-01185-RDP-HGD** |
| | } | |
| **MRS. COPELAND, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## <u>MEMORANDUM OPINION</u>

On July 15, 2014, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge.  (Doc. # 4).  No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge.  The court further **ACCEPTS** the recommendations of the Magistrate Judge that this action be transferred to the United States District Court for the Middle District of Alabama.

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this August 4, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE