# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **VERNON LEE TRAMMELL,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 1:14-cv-01185-RDP-HGD |
| **MRS. COPELAND, et al.,** | } |
| **Defendants.** | } |

## ORDER

In accordance with the accompanying Memorandum Opinion, this action is **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

**DONE** and **ORDERED** this August 4, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE